MARSHALL *et al.,* trustees, *v.* CLEMENTS *et al.*

FISH, C. J. A controversy as to the location of a site for a school building and the erection of a schoolhouse thereon, in a school district wherein an election has been held to determine the question whether bonds should be issued for the purpose of building a schoolhouse, and the result thereof declared in favor of such issuance, must be determined under existing laws respecting the administration of the public-school system; and a court of equity will not entertain jurisdiction of the subject, but will remand the parties to the controversy to the statutory remedy. *Edge* v. *Garrett,* 138 *Ga.* 93 (74 S. E. 758), and cases cited. Accordingly, under the facts of this case, the refusal of an interlocutory injunction was not error.

*Judgment affirmed. All the Justices concur.*
No. 1837. DECEMBER 15, 1920.

Petition for injunction. Before Judge Dickerson. Berrien superior court. December 9, 1919.

*R. A. Hendricks* and *J. P. Knight,* for plaintiffs.

*W. D. Buie* and *J. D. Lovett,* for defendants.